IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　　Case No. CIV. S-06-754 DFL DAD

　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　ORDER RE DISPOSITION AFTER
　　　　　　　　　　　　　　　　　　NOTIFICATION OF SETTLEMENT
G.B. DELUCCHI CO.; SAKHEE
INTERNATIONAL, INC.; and
DOES 1 through 10, inclusive,

　　　Defendants.
_____/

　　　The court has been advised by plaintiff's attorney, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

　　　Accordingly, IT IS ORDERED:

　　　1.　That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than June 16, 2006, and,

//

1

1     2.  That all hearing dates previously set in this matter
2  are vacated.
3     IT IS SO ORDERED.
4  Dated:  May 26, 2006

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge